## Wiley, Appellant, v. Philadelphia Transportation Co.

Argued November 18, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*Abraham J. Levinson,* for appellant.

*S. Regen Ginsburg,* with him *Bernard J. O'Connell,* for appellee.

PER CURIAM, December 11, 1946:

The plaintiff in this appeal was guilty of contributory negligence in driving his automobile onto the track in front of an approaching trolley car.

We concur in the view of the learned court below that the case is controlled by *Tarbit v. Philadelphia Transportation Company,* 346 Pa. 234, 29 A. 2d 487.

Judgment affirmed.